AGNES H. PORTER, Appellant, *v.* COMMERCIAL CASUALTY INSURANCE COMPANY, Respondent.

Submitted May 15, 1944; decided May 25, 1944.

Motion by respondent for reargument denied, with ten dollars costs and necessary printing disbursements. (See 292 N. Y. 176.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK CENTRAL RAILROAD COMPANY, Appellant, against STATE TAX COMMISSION, Respondent, and CITY OF ALBANY, Intervener, Respondent.

Submitted May 15, 1944; decided May 25, 1944.

Motion by appellant for a reargument denied, with ten dollars costs and necessary printing disbursements. (See 292 N. Y. 130.)